UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

          Plaintiff,

   v.

ALASKA AIRLINES, et al.,

          Defendants.

Case No. C23-0247-JHC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's *in forma pauperis* (IFP) application, Dkt. 1, indicates she was last employed August 2022, has $8.00 on hand, no money in accounts, and receives only $686.00 in monthly benefits. However, Plaintiff states she has monthly expenses totaling $1,700.00. The Court is unable to assess the application as written. Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order. In the amended application, she must provide complete and detailed information about her financial status and explain how she is able to meet her monthly expenses. Failure to comply may result in denial of the IFP application and/or

///

MINUTE ORDER - 1

dismissal of this matter.

Dated this 1st day of March, 2023.

Ravi Subramanian  
Clerk of Court

By: Stefanie Prather  
Deputy Clerk

MINUTE ORDER - 2