UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS, <br><br> Plaintiff, <br><br> v. <br><br> ALASKA AIRLINES, et al., <br><br> Defendants. | CASE NO. 2:23-cv-00247-JHC <br><br> ORDER |

This matter comes before the Court on Plaintiff's Response (Dkt. # 16) to the Court's Order to Show Cause (Dkt. # 15). Plaintiff's Response does not establish that she effectuated proper service under Fed. R. Civ. P. 4(m), nor does it show good cause for her failure to do so. The Court therefore DISMISSES this action without prejudice.

Dated this 29th day of November, 2023.

John H. Chun
United States District Judge

ORDER - 1