1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

                        Plaintiff,

          v.

ALASKA AIRLINES, et al,

                        Defendants.

CASE NO. 2:23-cv-00247-JHC

ORDER

This matter comes before the Court on a limited referral from the Ninth Circuit Court of Appeals.  Dkt. # 21.  The Ninth Circuit asks the Court to determine whether Plaintiff's *in forma pauperis* ("IFP") status should continue on appeal or whether, instead, it should be revoked because the appeal is frivolous or taken in bad faith.  *Id.*  Under 28 U.S.C. § 1915(a)(3), an appeal may not be taken IFP if the trial court certifies in writing that it is not taken in good faith or is frivolous.  *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

The Court finds that the appeal is frivolous and therefore REVOKES IFP status on appeal.  The Court DIRECTS the Clerk to forward a copy of this order to the United States Court of Appeals for the Ninth Circuit and to Plaintiff.

ORDER - 1

Dated this 28ᵗʰ day of December, 2023.

John H. Chun
United States District Judge

ORDER - 2